SYLVESTER & POLEDNAK, LTD.
JEFFREY R. SYLVESTER, ESQ.
Nevada Bar No. 4396
MATTHW T. KNEELAND, ESQ.
Nevada Bar No. 11829
1731 Village Center Circle
Las Vegas, Nevada 89134
Telephone: (702) 952-5200
Facsimile: (702) 952-5205
Email: jeff@sylvesterpolednak.com
Email: matthew@sylvesterpolednak.com
*Attorneys for Defendants*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| ALISA GIFFORD, a resident of Oregon,<br><br>Plaintiff,<br><br>vs.<br><br>DANA FORTE, D.O., LTD., d/b/a FORTE FAMILY PRACTICE, a Nevada domestic professional corporation; DANA FORTE, D.O., a resident of Nevada; JOHN DOE DEFENDANTS I through X; ROE CORPORATIONS I through X,<br><br>Defendant(s). | Case No.: 2:18-cv-00232-APG-VCF<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR RESPONSE TO COMPLAINT** |

Plaintiff ALISA GIFFORD ("Plaintiff"), by and through her attorneys of record at the law firm of Gerrard Cox & Larsen, and Defendants DANA FORTE, D.O., LTD., d/b/a FORTE FAMILY PRACTICE ("Forte Family Practice") and DANA FORTE, D.O. ("Forte") (collectively, the "Defendants"), by and through their attorneys of record at the law firm of Sylvester & Polednak, Ltd., respectfully submit the following Stipulation and Order to Extend the Time for Response to Complaint, as follows:

1. The new deadline for Forte Family Practice to file and serve its Response to Complaint shall be March 29, 2018 (prior date was March 9, 2018);

1

2. The new deadline for Forte to file and serve his Response to Complaint shall be March 29, 2018 (prior date was March 14, 2018);

3. This Stipulation is submitted in good faith and not for the purpose of delay.

IT IS SO STIPULATED.

DATED this 2nd day of March, 2018.          DATED this 2nd day of March, 2018.

**GERRARD COX & LARSEN**                    **SYLVESTER & POLEDNAK, LTD.**

By:  */s/ Nathan R. Henderson*              By: */s/ Matthew T. Kneeland*
    Douglas D. Gerrard, Esq.                    Jeffrey R. Sylvester, Esq.
    Nathan R. Henderson, Esq.                   Matthew T. Kneeland, Esq.
    2450 St. Rose Parkway, Ste. 200             1731 Village Center Circle
    Las Vegas, NV 89074                         Las Vegas, NV 89134
    *Attorneys for Plaintiff*                   *Attorneys for Defendants*

## ORDER

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE
DATED: 3-2-2018