Douglas D. Gerrard, Esq.
Nevada Bar No. 4613
dgerrard@gerrard-cox.com
Nathan R. Henderson, Esq.
Nevada Bar No. 13145
nhenderson@gerrard-cox.com
**GERRARD COX LARSEN**
2450 St. Rose Parkway, Suite 200
Las Vegas, Nevada 89074
(702) 796-4000
Attorneys for Plaintiff,
*Alisa Gifford*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ALISA GIFFORD, a resident of Oregon,<br><br>Plaintiff,<br><br>vs.<br><br>DANA FORTE, D.O., LTD., d/b/a, FORTE FAMILY PRACTICE, a Nevada domestic professional corporation; DANA FORTE, D.O., a resident of Nevada; JOHN DOE DEFENDANTS I through X; ROE CORPORATIONS I through X,<br><br>Defendants. | Case No: 2:18-cv-00232<br><br>**<u>STIPULATION AND ORDER TO EXTEND TIME FOR RESPONSE TO MOTION TO DISMISS</u>** |

Plaintiff ALISA GIFFORD ("Plaintiff"), by and through her attorneys of record at the law firm of Gerrard Cox Larsen, and Defendants DANA FORTE, D.O., LTD., d/b/a FORTE FAMILY PRACTICE ("Forte Family Practice") and DANA FORTE, D.O. ("Forte") (collectively, the "Defendants"), by and through their attorneys of record at the law firm of Sylvester & Polednak, Ltd., respectfully submit the following Stipulation and Order to Extend the Time for Response to the Motion to Dismiss Amended Complaint [ECF No. 15] ("Motion"), as follows:

1. The new deadline for the Plaintiff to file and serve her response the Motion shall be May 28, 2018 (prior date was May 7, 2018);

//

//

//

2. This stipulation is submitted in good faith and not for the purpose of delay.

IT IS SO STIPULATED.

| DATED this 2nd day of March, 2018. | DATED this 2nd day of March, 2018. |
|---|---|
| GERRARD COX LARSEN | SYLVESTER & POLEDNAK, LTD. |
| /s/ Douglas D. Gerrard, Esq. | /s/ Matthew T. Kneeland, Esq. |
| Douglas D. Gerrard, Esq.<br>Nevada Bar No. 4613<br>Nathan R. Henderson, Esq.<br>Nevada Bar No. 13145<br>2450 St. Rose Parkway, Ste. 200<br>Las Vegas, NV 89074<br>Attorneys for Plaintiff | Jeffrey R. Sylvester, Esq.<br>Nevada Bar No. 4396<br>Matthew T. Kneeland, Esq.<br>Nevada Bar No. 11829<br>1731 Village Center Circle<br>Las Vegas, NV 89134<br>Attorneys for Defendants |

**ORDER**

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE
Dated: May 3, 2018.