1  Douglas D. Gerrard, Esq.
   Nevada Bar No. 4613
2  Nathan R. Henderson, Esq.
   Nevada Bar No. 13145
3  2450 St. Rose Parkway, Suite 200
   Las Vegas, Nevada 89074
4  (702) 796-4000
   Attorneys for Plaintiff,
5  *Alisa Gifford*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ALISA GIFFORD, a resident of Oregon, | Case No: 2:18-cv-00232-APG-VCF |
| Plaintiff, | |
| vs. | |
| DANA FORTE, D.O., LTD., d/b/a, FORTE FAMILY PRACTICE, a Nevada domestic professional corporation; DANA FORTE, D.O., a resident of Nevada; JOHN DOE DEFENDANTS I through X; ROE CORPORATIONS I through X, | |
| Defendants. | |

## STIPULATION AND ORDER TO STAY DISCOVERY

Plaintiff ALISA GIFFORD ("Plaintiff"), by and through her attorneys of record at the law firm of Gerrard Cox Larsen, and Defendants DANA FORTE, D.O., LTD., d/b/a FORTE FAMILY PRACTICE ("Forte Family Practice") and DANA FORTE, D.O. ("Forte") (collectively, the "Defendants"), by and through their attorneys of record at the law firm of Sylvester & Polednak, Ltd., respectfully submit the following Stipulation and Order to Stay Discovery pending the outcome of the Settlement Conference currently scheduled for July 8, 2019 as follows:

1. The Parties have engaged in good faith settlement discussions which while productive have not as of yet brought about a settlement.

2. On April 18, 2019, Plaintiff filed a Motion for Order Setting a Settlement Conference Pursuant to LR 16-5 [ECF No. 31].

3. On May 3, 2019, the Court entered an Order [ECF No. 32] granting the Motion for Settlement Conference and setting a Settlement Conference for July 8, 2019.
4. Due to scheduling conflicts, the Parties are seeking a new date for the Settlement Conference and have been advised by the chambers of Judge Ferenbach that the new date will be at the earliest in late August.
5. The Parties are optimistic that the Settlement Conference will be successful and believe that it is in the interest of efficiency to stay discovery pending the outcome of the Settlement Conference.
6. The Parties therefore stipulate and agree to a stay of discovery.
7. In the event that the Settlement Conference is not successful, within 30 days of the Settlement Conference the Parties will file a stipulation and order reopening discovery.

IT IS SO STIPULATED.

DATED this *12th* day of June, 2019.   DATED this *12th* day of June, 2019.

**GERRARD COX LARSEN**                           **SYLVESTER & POLEDNAK, LTD.**

*/s/ Douglas D. Gerrard, Esq.*                   */s/ Jeffrey R. Sylvester, Esq.*
Douglas D. Gerrard, Esq.                         Jeffrey R. Sylvester, Esq.
Nevada Bar No. 4613                              Nevada Bar No. 4396
Nathan R. Henderson, Esq.                        Matthew T. Kneeland, Esq.
Nevada Bar No. 13145                             Nevada Bar No. 11829
2450 St. Rose Parkway, Ste. 200                  1731 Village Center Circle
Las Vegas, NV 89074                              Las Vegas, NV 89134
Attorneys for Plaintiff                          Attorneys for Defendants

**ORDER**

IT IS SO ORDERED.

If the parties wish to continue the July 8, 2019 settlement conference, an appropriate stipulation to continue must be filed; otherwise, the settlement conference will continue as scheduled.

_____
United States Magistrate Judge

DATED: 6-14-2019

2