Douglas D. Gerrard, Esq.
Nevada Bar No. 4613
Nathan R. Henderson, Esq.
Nevada Bar No. 13145
2450 St. Rose Parkway, Suite 200
Las Vegas, Nevada 89074
(702) 796-4000
Attorneys for Plaintiff,
*Alisa Gifford*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ALISA GIFFORD, a resident of Oregon,<br><br>Plaintiff,<br><br>vs.<br><br>DANA FORTE, D.O., LTD., d/b/a, FORTE FAMILY PRACTICE, a Nevada domestic professional corporation; DANA FORTE, D.O., a resident of Nevada; JOHN DOE DEFENDANTS I through X; ROE CORPORATIONS I through X,<br><br>Defendants. | Case No: 2:18-cv-00232-APG-VCF |

## STIPULATION AND ORDER TO RESCHEDULE SETTLEMENT CONFERENCE

Plaintiff ALISA GIFFORD ("Plaintiff"), by and through her attorneys of record at the law firm of Gerrard Cox Larsen, and Defendants DANA FORTE, D.O., LTD., d/b/a FORTE FAMILY PRACTICE ("Forte Family Practice") and DANA FORTE, D.O. ("Forte") (collectively, the "Defendants"), by and through their attorneys of record at the law firm of Sylvester & Polednak, Ltd., respectfully submit the following Stipulation and Order to Reschedule Settlement Conference and agree and stipulate as follows:

1. On May 3, 2019, an Order [ECF No. 32] was entered setting a settlement conference in this Matter for July 8, 2019 at 10:00 a.m.

2. Due to scheduling conflicts the parties are not available for the settlement conference on July 8, 2019.

3. The parties now therefore stipulate agree to reschedule the settlement conference.

//

4. The parties request one of the following dates for the settlement conference:

September 16, 2019

September 17, 2019

September 18, 2019

September 19, 2019

IT IS SO STIPULATED.

DATED this 20th day of June, 2019.   DATED this 20th day of June, 2019.

**GERRARD COX LARSEN**   **SYLVESTER & POLEDNAK, LTD.**

*/s/ Douglas D. Gerrard, Esq.*   */s/ Matthew T. Kneeland, Esq.*
Douglas D. Gerrard, Esq.   Jeffrey R. Sylvester, Esq.
Nevada Bar No. 4613   Nevada Bar No. 4396
Nathan R. Henderson, Esq.   Matthew T. Kneeland, Esq.
Nevada Bar No. 13145   Nevada Bar No. 11829
2450 St. Rose Parkway, Ste. 200   1731 Village Center Circle
Las Vegas, NV 89074   Las Vegas, NV 89134
Attorneys for Plaintiff   Attorneys for Defendants

## **ORDER**

The Court having considered the stipulation submitted by the parties and good cause appearing therefore hereby ORDERS that the settlement conference currently scheduled for July 8, 2019, shall be rescheduled for September 24, 2019 at 10:00 AM.  The confidential statement is due by 4:00 PM, September 17, 2019.  All else as stated in the order scheduling the settlement conference (ECF NO. 32) remains unchanged.

IT IS SO ORDERED.

_____
United States Magistrate Judge

DATED: 6-21-2019

2