Douglas D. Gerrard, Esq.
Nevada Bar No. 4613
Nathan R. Henderson, Esq.
Nevada Bar No. 13145
2450 St. Rose Parkway, Suite 200
Las Vegas, Nevada 89074
(702) 796-4000
Attorneys for Plaintiff,
*Alisa Gifford*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ALISA GIFFORD, a resident of Oregon,<br><br>Plaintiff,<br><br>vs.<br><br>DANA FORTE, D.O., LTD., d/b/a,<br>FORTE FAMILY PRACTICE, a Nevada domestic professional corporation;<br>DANA FORTE, D.O., a resident of Nevada;<br>JOHN DOE DEFENDANTS I through X;<br>ROE CORPORATIONS I through X,<br><br>Defendants. | Case No: 2:18-cv-00232-APG-VCF |

## STIPULATION AND ORDER FOR DISMISSAL

Plaintiff/Counter-Defendant ALISA GIFFORD by and through her attorneys the law firm of Gerrard Cox Larsen and Defendants/Counter-Claimants DANA FORTE, D.O., LTD., d/b/a FORTE FAMILY PRACTICE and DANA FORTE, D.O., by and through their attorneys the law firm of Sylvester & Polednak, Ltd., respectfully submit the following Stipulation and Order for Dismissal and AGREE AND STIPULATE AS FOLLOWS:

1. Plaintiff/Counter-Defendant ALISA GIFFORD stipulates to the dismissal with prejudice of all of claims asserted in this matter.

2. Defendants/Counter-Claimants DANA FORTE, D.O., LTD., d/b/a FORTE FAMILY PRACTICE and DANA FORTE, D.O. stipulates to the dismissal with prejudice of all counter-claims asserted in this matter.

//

3. Each party shall bear their own fees and costs.

IT IS SO STIPULATED.

DATED this 30 day of October, 2019.

GERRARD COX LARSEN

Douglas D. Gerrard, Esq.
Nevada Bar No. 4613
Nathan R. Henderson, Esq.
Nevada Bar No. 13145
2450 St. Rose Parkway, Suite 200
Henderson, Nevada 89074
*Attorneys for Plaintiff,
Alisa Gifford*

DATED this 30th day of October, 2019.

SYLVESTER & POLEDNAK, LTD.

Jeffrey R. Sylvester, Esq.
Nevada Bar No. 4396
Matthew T. Kneeland, Esq.
Nevada Bar No. 11829
1731 Village Center Circle
Las Vegas, Nevada 89134
*Attorneys for Defendants/Counter-
Claimants Dana Forte, D.O., Ltd. d/b/a
Forte Family Practice and
Dana Forte, D.O.*

## ORDER

IT IS HEREBY ORDERED that pursuant to the stipulation of the parties to this Matter that all claims and counter-claims asserted herein shall be dismissed with prejudice with each party to bear their own fees and costs.

IT IS SO ORDERED.

UNITED STATES DISTRICT JUDGE
Dated: October 30, 2019.

2